USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/10

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CAROLYN PHILLIPS,

    Plaintiff,

-against-

DOW JONES & COMPANY,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 04-CV-5178 (DAB)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that all claims asserted by Plaintiff shall be and hereby are withdrawn and discontinued with prejudice, and Plaintiff shall not make any application for recovery of her costs or attorneys' fees.

The Court shall retain jurisdiction over this matter for 40 days.

Dated: New York, New York
May 26, 2010

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Daniel P. Goldberg
(dgoldberg@kasowitz.com)
1633 Broadway, 21st Floor
New York, New York 10019
(212) 506-1700

Attorneys for Defendant

McLAUGHLIN & STERN, LLP

By: _____
Steven J. Hyman
(shyman@mclaughlinstern.com)
Janet Neschis
(jneschis@mclaughlinstern.com)
260 Madison Avenue
New York, New York 10016
(212) 448-1100

Attorneys for Plaintiff

SO ORDERED:

Deborah A. Batts
U.S.D.J.   5/28/10